UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Petitioners,<br><br>v.<br><br>ASSET MARKETING SYSTEMS INSURANCE SERVICES LLC, a California corporation,<br><br>Respondent. | Case No. 11-CV-2531-BTM (JMA)<br><br>**ORDER DIRECTING CLERK TO CLOSE FILE** |

The Clerk of Court shall close the court file.

**IT IS SO ORDERED**.

DATED: May 1, 2012

_____
Jan M. Adler
U.S. Magistrate Judge